**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Jeremy Lawrence Gunderson, | No. CV-17-01791-PHX-DWL (ESW) |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Corizon, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's "Motion for Any and All Case Documents and Time Lines" (Doc. 38). No response has been filed to the Motion. *See* LRCiv 7.2(i). Plaintiff requests that the Court "continue with my case and resend me any documents that I need to proceed." (Id.) Plaintiff indicates that he has moved to a different facility and did not "have a chance to notify the Courts of my presence [sic] . . . ."

**IT IS ORDERED** granting the Plaintiff's Motion (Doc. 38).

**IT IS FURTHER ORDERED** that Defendants mail to Plaintiff at his new address noted in the "Motion for Change of Address" (Doc. 37) copies of the following: Documents 12, 18, 19, 22, 23, 24, 28, 29, 30, 31, 33, 34, and 36.

**IT IS FURTHER ORDERED** that the Clerk of Court send to Plaintiff at his current address copies of the following: Documents 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 13, 14, 15, 16, 17, 20, 21, 25, 26, 27, 32, and 35.

**IT IS FURTHER ORDERED** extending the time for Plaintiff to file a Response to Defendants' Motion for Summary Judgment to **July 12, 2019**.

Dated this 13th day of June, 2019.

_____
Honorable Eileen S. Willett
United States Magistrate Judge